**John HOUGHTON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 4, 1960.

S. H. Monarch, Hardinsburg, for appellant.

John B. Breckinridge, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment of the Breckinridge Circuit Court convicting John Houghton of the offense of possessing alcoholic beverages for the purpose of sale in local option territory and imposing a $50 fine and a 60-day jail sentence.

This Court finds no errors in the case prejudicial to the substantial rights of the defendant.

The motion for an appeal is overruled, and the judgment is affirmed.

**John W. THORNBURY et al., Appellants,**

v.

**BEVANDER COAL COMPANY et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 4, 1960.

W. A. Daugherty, Pikeville, George C. Sutherland, Grundy, for appellants.

O. T. Hinton, Pikeville, for appellees.

PER CURIAM.

This is a motion for an appeal from a judgment which decided an easement had not reverted to John W. Thornbury and the heirs of his wife, Frances, appellants herein.

We have carefully considered the record and we find no errors therein prejudicial to the substantial rights of appellants.

Wherefore, the motion for an appeal is overruled and the judgment is affirmed.